**United States District Court**
For the Northern District of California

1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF CALIFORNIA

4

5    NATHANIEL HOSEA,                                    No. CV 11-02715 PSG

            Plaintiff(s),

6          v.

7    MICHAEL B. DONLEY,

8          Defendant(s).
                                                    /
9    NATHANIEL HOSEA,                                    No. CV 11-02892 EJD

10          Plaintiff(s),

11          v.                                           ORDER DIRECTING CLERK'S OFFICE TO
                                                         CLOSE CASE CV-11-02715-PSG
12   MICHAEL B. DONLEY,

13          Defendant(s).
                                                    /
14

15

16          On June 6, 2011, case CV-11-2715-PSG was opened in the San Jose division and assigned to

17   Magistrate Judge Paul S. Grewal.  On June 16, 2011, case CV-11-2892-PSG was opened in the San

18   Francisco division and also assigned to Magistrate Judge Grewal.  On June 30, 2011, plaintiff filed a

19   declination to proceed before a magistrate judge in CV-11-2892-PSG, and the case was reassigned

20   to this court.  After review of the record, the court has concluded that these two cases are identical,

21   and were transferred in twice from the Western District of Washington (WAWD).

22          Therefore, IT IS HEREBY ORDERED that the Clerk's office close one case.  Because there

23   have been subsequent filings in case CV-11-2892-EJD since the date that it was opened, and being

24   that the case in WAWD reflects the new case number in this district as CV-11-2892, the Clerk's

25   office is directed to close case number CV-11-2715-PSG.

26          IT IS SO ORDERED.

27   Dated:  July 1, 2011

28          _____
            EDWARD J. DAVILA
      `     United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL HOSEA,

        Plaintiff,

  v.

MICHAEL B. DONLEY et al,

        Defendant.

                                  /

Case Number: CV11-02715 PSG and CV11-02892 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nathaniel Hosea
PO BOX 24771
SEATTLE, WA 98124

Dated: July 1, 2011

Richard W. Wieking, Clerk
By: Snooki Puli, Deputy Clerk